## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT of GEORGIA

Scott L. Poff  
Clerk of Court

OFFICE of the CLERK  
P.O. Box 1130  
AUGUSTA, GEORGIA   30903

(706)849-4400

### NOTICE of FILING DEFICIENCY

To:   Shireen Hormozdi  
Case: CV1:15-170

Date: 10/22/2015  
Party: Sandra Calhoun

Your pleading, __Complaint_____,

was filed on __10/21/15__, however, is deficient in the area(s) checked below:

[ ☐ ] No actions required (Informative Only)     or     [ ☒ ] Corrective Actions Required

(NOTE: "L.R." refers to the Local Rules, Southern District of Georgia)

☒  1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (L.R. 7.1.1)
☐  2. Pleading is illegible or otherwise not in compliance with L.R. 10.1.
☐  3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)
☐  4. Pleading is not signed. (L.R. 11.1 and Administrative Procedures)
☐  5. No certificate of service or explanation why service is not required was submitted. (L.R. 5.1 and FRCP)
☐  6. Motion is not in compliance with Local Rules.
   ☐  a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
   ☐  b. No good faith document was submitted. (L.R. 26.5)
   ☐  c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
   ☐  d. Separate proposed order was not e-mailed to appropriate proposed order address in either a WordPerfect or Word format. (Administrative Procedures)
☐  7. Document was not filed electronically using CM/ECF. (Administrative Procedures)
☐  8. Motion contained request for multiple reliefs but was not selected during electronic filing. (L.R. Policy)
☐  9. Counsel should file a separate motion for each relief sought and not file a consolidated motion.
☐  10.

After 14 days a notice of noncompliance will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact: __Tara H. Burton_____  
Deputy Clerk