# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | |
|---|---|
| SANDRA CALHOUN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO.: 1:15-CV-00170-JRH-BKE |
| CITIBANK, N.A., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT CITIBANK, N.A.'S CORPORATE DISCLOSURE STATEMENT

**COMES NOW** Defendant Citibank, N.A. ("Citibank"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1 makes the following disclosure:

Citibank is a national bank located in Sioux Falls, South Dakota. Citibank is a wholly-owned subsidiary of Citicorp. Citicorp is a Delaware corporation that is a wholly-owned subsidiary of Citigroup, Inc. Citigroup, Inc. is a Delaware corporation and its shares are publicly traded (NYSE Symbol "C").

Respectfully submitted this 11th Day of December, 2015.

*s/ Alan D. Leeth*
Alan D. Leeth, Esq.
Georgia Bar No. 472031
aleeth@burr.com
BURR & FORMAN, LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia  30363
Telephone:  (404) 815-3000
Facsimile:  (404) 817-3244

Attorney for Defendant
CITIBANK, N.A.

26234635 v1

2

## CERTIFICATE OF SERVICE

      I do hereby certify that on this the 11th day of December, 2015, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will provide electronic notice of the filing to the following:

Shireen Hormozdi
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
shormozdi@consumerlawcenter.com

                                            *s/ Alan D. Leeth*
                                            Alan D. Leeth, Esq.

26234635 v1