IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| SANDRA CALHOUN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 115-170 |
| | ) |
| CITIBANK, N.A., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Plaintiff filed the above-captioned case on October 21, 2015, and Defendant filed its answer on December 11, 2015. (Doc. nos. 1, 7.) When the deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report had passed without response from the parties, the Court entered an order on January 25, 2016, directing that a conference be held and a joint Report be submitted expeditiously. (Doc. no. 9.) On January 26, 2016, the parties filed a joint motion to arbitrate and to stay the case. (Doc. no. 10.) In light of that request pending before United States District Judge J. Randal Hall, the Court **STAYS** the deadline for compliance with its Order directing submission of a 26(f) Report. Should Judge Hall deny the joint motion to arbitrate and stay the case, the parties shall have seven days from such ruling to submit their joint 26(f) Report.

SO ORDERED this 9th day of February, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA