IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SANDRA CALHOUN, | * | |
| Plaintiff, | * | |
| v. | * | CV 115-170 |
| CITIBANK, N.A., | * | |
| Defendant. | * | |

**O R D E R**

Presently before the Court is the parties' "Joint Motion for Order to Arbitrate and Stay Case." (Doc. 10). The parties represent that the arbitration agreement contained in the parties' credit card agreement governs all claims at issue in this case. Thus, upon due consideration, the Court **GRANTS** the Joint Motion and **STAYS** all current and pending deadlines in this case pursuant to 9 U.S.C. § 3.

The arbitrating parties **SHALL** file a joint status report with this Court on the progress of the proceedings every **NINETY (90) DAYS** until the arbitration is resolved. The Court further **DIRECTS** the Clerk to **CLOSE** this case for statistical purposes. Any party may move to reopen the case at an appropriate time.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of February, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA