IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SANDRA CALHOUN, | * | |
| Plaintiff, | * | |
| v. | * | CV 115-170 |
| CITIBANK, N.A., | * | |
| Defendant. | * | |

**O R D E R**

Presently before the Court is the parties' stipulation of dismissal. (Doc. 15.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES WITH PREJUDICE** all claims in this matter. The clerk is **DIRECTED** to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of July, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA